IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 05-3270 |
| VIRGIL GINGERICH d/b/a PARADISE BUILDERS, | ) ) ) ) | |
| Defendant. | ) | |

**OPINION**

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Plaintiffs' Motion for Default Judgment or in the Alternative Motion for an Accounting/Evidentiary Hearing (d/e 8). Plaintiffs' Motion asks the Court to order an accounting of the amount owing from the Defendant to the Plaintiffs for unpaid contributions for the period from July 1, 2003 to the present. Plaintiffs also seek an award of attorney's fees and costs. As set forth below, Plaintiffs' Motion is allowed, in part, and denied, in part.

The Court, being fully advised in the premises, finds that the

1

Defendant has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure. The Magistrate Judge entered an Order of Default (d/e 7) on January 27, 2006. Plaintiffs then filed the instant motion and served it on Defendant by U.S. mail. Defendant has nevertheless failed to appear.

THEREFORE, Plaintiffs' Motion for Default Judgment or in the Alternative Motion for an Accounting/Evidentiary Hearing (d/e 8) is ALLOWED, in part, and DENIED, in part. The Court orders Defendant Virgil Gingerich, d/b/a Paradise Builders, to appear and produce contribution reporting forms, any and all payroll books and employee records pertinent to this action for the period from July 1, 2003 through the present, at the law offices of Cavanagh & O'Hara, 1609 North Illinois Street, Swansea, Illinois, on or before March 24, 2006, at 2:00 p.m. The Court denies, without prejudice, Plaintiffs' request for a default judgment at this time. Plaintiffs may renew their request for judgment when they have completed the accounting and ascertained the amounts owed for unpaid contributions and other damages and costs. Plaintiffs' request for attorney's fees and costs is similarly denied without prejudice and may be renewed at a later date.

IT IS THEREFORE SO ORDERED.

ENTER: February 27, 2006.

    FOR THE COURT:

                                              s/ Jeanne E. Scott
                                              JEANNE E. SCOTT
                                      UNITED STATES DISTRICT JUDGE