IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, CARPENTERS PENSION AND RETIREMENT SAVINGS FUNDS OF ILLINOIS, and CARPENTERS FRINGE BENEFIT FUND,<br><br>   Plaintiffs,<br><br>  v.<br><br>VIRGIL GINGERICH d/b/a PARADISE BUILDERS,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 05-3270<br>)<br>)<br>)<br>)<br>)<br>) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter is before the Court on Plaintiffs' Motion for Default Judgment (d/e 16). The Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon the Defendant, Virgil Gingerich d/b/a Paradise Builders, and the Defendant

1

having failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded a Default Judgment against Defendant, Virgil Gingerich d/b/aa Paradise Builders, as follows:

    A.    Defendant is ordered to remit to Plaintiffs contributions due with applicable fees and penalties for the period of August 1, 2003, to May 31, 2006, in the total amount of $131,561.63, which consists of audit liability in the amount of $97,427.73, interest in the amount of $26,503.84, $6,117.56 in liquidated damages, and audit costs of $1,512.50;

    B.    Defendant is ordered to provide Plaintiffs the applicable reporting forms with payments and late fees for the period of June 2006 through September 2006;

    C.    Defendant is specifically required to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs the required contribution reports and payments heretofore referred to;

    D.    Defendant is ordered to pay to the Plaintiffs its attorney fees and court costs to date in the amount of $4,893.00 as provided by ERISA, 29 U.S.C. Section 1132(g)(2);

    E.    Plaintiffs are awarded such other and further relief as the Court

deems just and equitable.

IT IS THEREFORE SO ORDERED.

ENTER:   December 5, 2006.

    FOR THE COURT:

                              s/ Jeanne E. Scott
                              JEANNE E. SCOTT
                  UNITED STATES DISTRICT JUDGE